IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: LENARDEAN GRAY | ) |
| | ) |
| GMAC Mortgage Corporation/ Deutsche Bank National Trust Company, | ) ) |
| Creditor, | ) |
| | ) |
| vs. | ) CASE NO. 06B06935 |
| | ) JUDGE Manuel Barbosa |
| LENARDEAN GRAY, | ) |
| Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes GMAC Mortgage Corporation/ Deutsche Bank National Trust Company, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the August 1, 2009 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of June 14, 2006:

   a. Attorney's fees      $250.00
   b. Property Inspections  $ 15.00
            Total          $265.00

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice GMAC Mortgage Corporation/ Deutsche Bank National Trust Company rights to collect these amounts will be unaffected.

Respectfully Submitted,

GMAC Mortgage Corporation/
Deutsche Bank National Trust
Company

/s/Dana O'Brien
Dana O'Brien ARDC#6256415
ARDC#0621660
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602